

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2017

No. 04-16-00559-CR

Stanley Foster **BAKER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-1755-CR-A
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

On May 17, 2017, after granting a second motion for extension of time to file Appellant's brief, we ordered appellate counsel, Chris Iles to file a brief with this court no later than July 10, 2017.

When no brief had been filed, on July 19, 2017, this court ordered Attorney Iles attorney to either file the appellant's brief or a motion to dismiss this appeal no later than July 29, 2017. If no brief or motion was filed by that date, we warned this appeal would be abated to the trial court for an abandonment hearing. *See* TEX. R. APP. P. 38.8(b)(2). Attorney Iles was cautioned that, to protect appellant's rights, this court may "initiat[e] contempt proceedings against appellant's counsel." *Id.* R. 38.8(b)(4).

Attorney Iles filed a motion to suspend briefing deadlines; we construe this as a motion for extension of time. The motion is GRANTED and this court's show cause order is satisfied. Appellant's brief is due to be filed in this court **no later than August 18, 2017**. *Absent extenuating circumstances, no further extension will be given*.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2017.



Luz Estrada
Chief Deputy Clerk